

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-14-00179-CV

Trial Court Cause
Number:      2012-07156

Style:      Victor Kareh M.D.

     **v.** Tracy Windrum, Individually, as Representative of the Estate of Lancer Windrum, and on Behalf of her Minor Children B.W., J.W., and H.W.

Date motion filed[*]:      February 2, 2015

Type of motion:      Motion for Extension of Time to File Reply Brief

Party filing motion:      Appellant

Document to be filed:      Reply Brief

Is appeal accelerated? ☐ Yes    ☒ No
If motion to extend time:

     Original due date:      December 29, 2014

     Number of previous extensions granted:      2

     Date Requested:      February 6, 2015

Ordered that motion is:

     ☒    Granted

         If document is to be filed, document due: **February 6, 2015**

         ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☐ The Court will not grant additional motions to extend time.

     ☐    Denied

     ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐    Other: _____

Judge's signature: /s/ Evelyn V. Keyes
         ☒ Acting individually      ☐ Acting for the Court

Date: February 3, 2015